BENSON, Appellant, vs. WISCONSIN TRACTION, LIGHT, HEAT & POWER COMPANY and others, Respondents.

KWASIGROCH, Appellant, vs. WISCONSIN TRACTION, LIGHT, HEAT & POWER COMPANY and others, Respondents.

For the appellants: *Carroll & Thekan* of Milwaukee.

For the respondents: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgments affirmed.

DOERFLER, Appellant, vs. SAMPSON and another, Respondents.

For the appellant: *Frank, Wheeler & Pelkey* and *Lonsdorf & Staidl,* all of Appleton.

For the respondents: *Fisher & Cashin* of Stevens Point, attorneys, and *Bradford & Bradford* of Appleton, of counsel.

*By the Court.*—Judgment affirmed.

SMITH, Administratrix, Respondent, vs. HOEHNE, Appellant.

For the appellant: *Rush & Devos* of Neillsville, attorneys, and *Fisher & Cashin* of Stevens Point, of counsel.

For the respondent: *Goggins, Brazeau & Graves* of Wisconsin Rapids.

*By the Court.*—Judgment affirmed.